ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP.
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant Romero-Sanchez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:14-MJ-00719-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE*** |
| | ) | ***PRELIMINARY HEARING*** |
| | ) | |
| MARCO MAGANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, FIDEL ROMERO-SANCHEZ; JOHN MILLION TURCO, counsel for Defendant, MARCO MAGANA; MICHAEL I. GOWDEY, counsel for Defendant, ERNESTO SORIA-SARABIA; JOSHUA L. TOMSHECK, counsel for Defendant JAVIER LOERA-JUAREGUI; DONALD J. GREEN, counsel for Defendant, FRANCISCO DIAZ; and KAREN WINCKLER, counsel for Defendant GRISELDA PEREZ, that the preliminary hearing currently scheduled for April 24, 2015 at the hour of 4:00 p.m., be vacated for thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Attorney Donald Green recently substituted in for Defendant Francisco Diaz.

-1-

2. The parties are attempting to resolve the case with a pre-indictment plea and require additional time to discuss the terms of the plea with the defendants.

3. Denial of this request for continuance of the preliminary hearing would prejudice both the defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(b) and 3161(h)(8)(A), considering the factors under Title 18, United States Code § 3161(h)(8)(B)(I) and (iv).

This is the sixth request to continue the preliminary hearing date filed herein.

DATED this 23rd day of April, 2015.

|  |  |
|---|---|
|  | DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY |
| Robert M. Draskovich | Amber M. Craig |
| /s/_____ | /s/_____ |
| ROBERT M. DRASKOVICH, ESQ. | AMBER M. CRAIG |
| Nevada Bar No. 6275 | Assistant United States Attorney |
| Attorney for Defendant Romero-Sanchez |  |
| John Million Turco | Michael I. Gowdey |
| /s/_____ | /s/_____ |
| JOHN MILLION TURCO, ESQ. | MICHAEL I. GOWDEY, ESQ. |
| Nevada Bar No. 6152 | Nevada Bar No. 6994 |
| Attorney for Defendant Magana | Attorney for Defendant Soria-Sarabia |

/ / /

/ / /

/ / /

| | |
|---|---|
| Joshua L. Tomsheck<br>/s/_____<br>JOSHUA L. TOMSHECK, ESQ.<br>Nevada Bar No. 9210<br>Attorney for Defendant Loera-Juaregui | Donald J. Green<br>/s/_____<br>DONALD J. GREEN, ESQ.<br>Nevada Bar No. 3989<br>Attorney for Defendant Diaz |

Karen Winckler
/s/_____
KAREN WINCKLER, ESQ.
Nevada Bar No. 2809
Attorney for Defendant Perez

/ / /

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP.
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant Romero-Sanchez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:14-MJ-00719-VCF |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ***ORDER CONTINUING*** |
| ) | ***PRELIMINARY HEARING*** |
| ) | |
| MARCO MAGANA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for April 24, 2015 at 4:00 p.m., be vacated and continued to May 27, 2015 at the hour of 4:00 p.m.

DATED AND DONE this 23rd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant Romero-Sanchez

-4-